# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

**MALCOLM TURNER**                                                           **PLAINTIFF**
**ADC #118129**

**V.**                          **No. 2:12-cv-00079 KGB**

**LAHAN ESTER** *et al.*                                        **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

SO ORDERED this 13th day of July, 2012.

*Kristine G. Baker*
_____
Kristine G. Baker
United States District Judge