**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

**MALCOLM TURNER**                                                              **PLAINTIFF**
**ADC #118129**

**V.**                                **No. 2:12-cv-00079 KGB**

**LAHAN ESTER** *et al.*                                                        **DEFENDANTS**

<u>**JUDGMENT**</u>

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice;

the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from

the order and judgment dismissing this action is considered frivolous and not in good faith.

SO ORDERED this 13th day of July, 2012.

_____
Kristine G. Baker
United States District Judge